# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARPENTERS INDUSTRIAL COUNCIL**, et al., ) | |
| Plaintiffs, ) | |
| and ) | |
| **LEWIS COUNTY**; **SKAMANIA COUNTY**; and **KLICKITAT COUNTY**, ) | Case No. 1:13-cv-00361-RJL |
| Plaintiff-Intervenors, ) | |
| **RYAN ZINKE, et al.** ) | |
| Defendants. ) | |

### Federal Defendants' Response to Motion to Intervene, ECF No. 99

Federal Defendants take no position on the motion to intervene of Defendant-Intervenor-Applicants Center for Biological Diversity, Cascadia Wildlands, Klamath-Siskiyou Wildlands Center, Oregon Wild, The Wilderness Society, Sierra Club, Environmental Protection Center, Audubon Society of Portland, and the Cascade Forest Conservancy. ECF No. 99.

Dated: August 16, 2017              Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Clifford E. Stevens, Jr.*
CLIFFORD E. STEVENS, JR. (D.C. Bar 463906)

Senior Trial Attorney

ANDREA E. GELATT (CA Bar 262617)
Trial Attorney
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0210
Fax: (202) 305-0275
clifford.stevens@usdoj.gov
andrea.gelatt@usdoj.gov

Counsel for Federal Defendants