# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CARPENTERS INDUSTRIAL COUNCIL**, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> **LEWIS COUNTY; SKAMANIA COUNTY**; and **KLICKITAT COUNTY**, ) <br> ) <br> Plaintiff-Intervenors, ) <br> ) <br> v. ) <br> ) <br> **BERNHARDT**, et al. ) <br> ) <br> Defendants. ) | Case No. 1:13-cv-00361-RJL |

## [Proposed] Order on Stipulated Settlement Agreement

Pursuant to the Stipulated Settlement Agreement of the parties (ECF No. 126) ("Agreement"), IT IS HEREBY ORDERED that all counts of Plaintiffs' and Plaintiff-Intervenors' respective Complaints are dismissed with prejudice, and the Court retains jurisdiction over this matter to oversee compliance with the terms of the Agreement, and to resolve any motions for attorneys' fees and costs and motions to modify the terms of the Agreement.

DATED: 4/23/20

RICHARD J. LEON
Senior U.S. District Judge